Arrest on Out-of-District Offense

FILED

08 FEB 29 PM 4:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

08 MJ 0618

Magistrate Case Number: 

The person charged as <u>Gerald Wayne MCCOY</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Northern</u> District of <u>Florida</u> with Conspiracy to Defraud the Department of Defense, in violation of 18 USC 371 and Money Laundering in violation of 18 USC 1956(h).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: February 29, 2008.

_____
John E. Helsing
(Name)
Special Agent, DCIS

Reviewed and Approved:
Dated: 2/29/08

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:08CR23LAC

GERALD WAYNE MCCOY

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GERALD WAYNE MCCOY
                                              Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Count 1: Conspiracy to Defraud the United States; Count 2: Conspiracy to Launder Money.

In violation of Title 18 United States Code, Section(s) 371 & 1956.

William M. McCool
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Deputy Clerk: Mary Maloy

February 22, 2008    Pensacola
Date and Location

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by  Elizabeth M. Timothy
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |