Minutes of the United States District Court
Southern District of California
March 6, 2008

HON. **CATHY ANN BENCIVENGO**         DEPUTY CLERK: **L. HERNANDEZ**

---

TAPE NO. CAB08-1; 9:32-9:40; 11:04-11:17

08MJ618-CAB             USA    vs.    GERALD WAYNE MCCOY   07384298 - (C)

REMOVAL/ID HRG                         TOM WARWICK, RET
BOND HRG
NEBBIA HRG                             AUSA: CHARLOTTE KAISER

---

ATTY TOM WARWICK RETAINED AS COUNSEL
COURT RELIEVES SARA PELOQUIN OF FEDERAL DEFENDERS AS COUNSEL
SUBSTITUTION OF ATTORNEY FILED

DFT ADMITS IDENTITY
WAIVER OF HRG FILED
ORDER OF REMOVAL FILED
DFT IS ORDERED TO APPEAR IN THE NORTHERN DISTRICT OF FLORIDA BY MARCH 19, 2008

GOVERNMENT WITHDRAWS ORAL MOTION FOR DETENTION
PARTIES STIPULATE TO BOND SET AT $75,000 P/S

SURETIES HEIDI COLLIER AND VEDAWN SMITH-MCCOY CALLED/SWORN/EXAMINED
COURT APPROVES SURETIES

BOND = 4 min.
REMOVAL = 4 min
NEBBIA = 13 MIN