**FILED**

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE CATHY A. BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v<br>GERALD MCCOY,<br>Defendant. | Case No. 08MJ0618<br><br>**SUBSTITUTION OF ATTORNEY** |

Attorney, THOMAS J. WARWICK, JR., 2664 Fourth Avenue, San Diego, California, 92103, (619) 232-0600, is making a special appearance for all matters in Southern California, substituting out SARA PELOQUIN of Federal Defenders of San Diego, for Defendant Gerald McCoy.

DATED: 6 March 08

_____
THOMAS J. WARWICK, JR.

DATED: 3/6/08

_____
For SARA PELOQUIN

DATED: 3/6/08  IT IS SO ORDERED

_____
GERALD MCCOY

Cathy Ann Bencivengo
U.S. Magistrate Judge