FILED

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GERALD WAYNE MCCOY,<br><br>　　　　　　Defendant. | Magistrate Case No. **08MJ0618**<br><br>**ORDER OF REMOVAL**<br>(Defendant Not in Custody) |

An indictment having been filed in the Northern District of Florida, charging defendant **GERALD WAYNE MCCOY** with conspiracy to defraud the Department of Defense and money laundering, in violation of Title 18, United States Code, Sections 371 and 1956(h). Defendant **GERALD WAYNE MCCOY** was arrested on February 29, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **GERALD WAYNE MCCOY** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **GERALD WAYNE MCCOY**, appear before the United States Magistrate Judge in the Northern District of Florida, on or before Wednesday, March 19, 2008 for further proceedings.

Dated: 3/6/08

**HONORABLE CATHY A. BENCIVENGO**
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02