# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 10, 2008

Clerk, U.S. District Court
Norther Florida
1 North Palafox St.
Pensacola, Florida 32502

    Re:    08mj618, USA v. McCoy

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| ✓ | Docket Sheet | ___ | Warrant of Removal |
| ✓ | Complaint | ✓ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ✓ | Waiver of Removal |
| ✓ | Personal Surety Bond | | |
| ___ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: **J. PARIS**
    , Deputy Clerk